John Henderson, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment affirmed, with costs. All concurred.

The Charles Amusement Company, Respondent, v. Thomas Eckensperger, as Sheriff of Niagara County, N. Y., Appellant, Impleaded with Charles L. Schutrum and Others.— Order affirmed, with ten dollars costs and disbursements. Held, that it appearing by statements of counsel made in open court that the plaintiff has ceased to carry on the business which the sheriff was restrained from interfering with, and that the parties have entered upon the trial of the issues and that the action may be determined upon the merits before the commencement of the next season, the questions of law involved should not be determined upon this motion, but on an appeal from the judgment. All concurred.

Fred Lusk, Respondent, v. Fred Lee and James Lee, Appellants.— Motion denied, without costs.

Florence A. Ryan, Respondent, v. Central New York Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Cora Stryker Connor, Appellant, v. Robert B. Orr and Others, Respondents, Impleaded with Charlotte Pamelia Spicer and Others.— Order amended so as to direct that there be stricken from the third defense the words, "re-alleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth * * * herein," and as so amended affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars. All concurred; McLennan, P. J., not sitting.

Charlotte Pamelia Spicer, Appellant, v. John J. Pepper and Others, Respondents, Impleaded with Cora Stryker Connor and Others.— Order amended so as to direct that there be stricken from the third defense the words, "re-alleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth * * * herein," and as so amended affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars. All concurred; McLennan, P. J., not sitting.

Charlotte Pamelia Spicer, Appellant, v. Wilson H. Stryker and Others, Impleaded with Chauncey D. Hill and Others, Respondents.— Order amended so as to direct that there be stricken from the third defense the words, "re-alleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth * * * herein," and as so amended affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars. All concurred; McLennan, P. J., not sitting.

The People of the State of New York ex rel. Edward B. Schwartz, Appellant, v. James Smith, Sheriff of Erie County, Respondent.— Order affirmed, with costs. All concurred.

Clinton W. Rider, Appellant, v. Margaret Britton, Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, that it appearing by statements in appellant's brief that the cause was upon the calendar at the term at which the order was granted, the court in the exercise of its discretion had the right to make the order appealed from independent of the provisions of rule